**SCHNUCK MARKETS, INC., Appellant,**

v.

**Rick D. PULLER, Respondent.**

No. 63124.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 9, 1993.

Bill T. Walker, Granite City, IL, for appellant.

Jerome T. Bollato, Clayton, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

### ORDER

PER CURIAM.

Schnucks appeals the trial court's ruling denying its claim for unjust enrichment against Puller for $7,632. We affirm.

We find the trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). Further, we find no error of law appears. Rule 84.16(b)(5).

Further, we find an opinion in this case would have no precedential value and affirm by written order. A memorandum for the parties' use only has been prepared.